UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEODIS RANDLE**                                                                                    **PETITIONER**

v.                                              Case No. 4:20-cv-01194-KGB/JTR

**ERIC S. HIGGINS,**
**Pulaski County Sheriff**                                                               **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 17). Although petitioner Leodis Randle submitted several filings after Judge Ray's Recommended Disposition was docketed, Mr. Randle did not object to the Recommended Disposition; the time for objecting has passed. Further, more recently, mail sent to Mr. Randle's address on file with the Clerk of Court was returned as undeliverable (Dkt. No. 21). Mr. Randle has failed to update the Clerk of Court with his current address and contact information.

Even if the Court construes Mr. Randle's filings as objections, after careful consideration of the Recommended Disposition, Mr. Randle's filings, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 17). The Court dismisses without prejudice petitioner Leodis Randle's petition and amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Dkt. Nos. 1, 11). All requested relief is denied. The Court denies as moot all other pending motions (Dkt. Nos. 10, 18, 20).

It is so ordered this 1st day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE