UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEODIS RANDLE**                                                                                    **PETITIONER**

**v.**                           **Case No. 4:20-cv-01194-KGB/JTR**

**ERIC S. HIGGINS,**
**Pulaski County Sheriff**                                                                      **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Leodis Randle's claims are dismissed without prejudice.

So adjudged this 1st day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE